UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRODUCER USA INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KWIKSET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

Plaintiff, Producer USA Incorporated, complains of Defendant, Kwikset Corporation, as follows:

1. The Plaintiff, Producer USA, is a corporation organized under the law of Illinois with its principal place of business in Illinois.

2. The Defendant, Kwikset, is a corporation organized under the law of Delaware with its principal place of business in California. The Defendant may be served care of its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events giving rise to the claim occurred in this district. Specifically, the Defendant ordered machine tools from the Plaintiff in this district. Moreover, the Defendant uses the disputed machine tools to make merchandise, namely locks, which it sells in this district.

5. On or about August 31, 2006, the Defendant faxed an order for six die casting machines to Producer USA and offered to pay Producer USA $604,650. A copy of this purchase order is attached as **Exhibit A**. If terms were written on the back pages of the faxed paperwork, they were never sent to the Plaintiff.

6. The Plaintiff accepted the purchase order and the proposed price, and has satisfied all conditions precedent to recovery for breach of contract.

7. The purchase order states that the required date of shipment was December 1, 2006, but that was impossible: the Defendant repeatedly requested special adaptation and changes to the machines, thereby making a December 1, 2006 delivery date impossible.

8. After shipping the goods to the Defendant, the Plaintiff sent invoices to the Defendant in April, May, and July of 2007. By July 17, 2007, the Defendant owed the Plaintiff $122,270. A summary of the account is attached as **Exhibit B**. The Defendant still has not paid.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor, and against the Defendant, for $122,270 in principal, pre-judgment interest, its costs, and such other relief as the Court deems appropriate.

Respectfully submitted,

Adam Goodman
Jessica Tovrov
Gabriel Hardy
Wesley Johnson
Goodman Law Offices LLC
105 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 238-9592
Fax: (312) 264-2535
adam@thegoodmanlawoffices.com


```
KWIKSET CORP.                                    P U R C H A S E   O R D E R
19701 DA VINCI
LAKE FOREST, CA 92610             Order Number: 13054541   Revision:  0
USA                                 Order Date: 08/31/06       Page:  1
                                    Print Date: 09/05/06
                                 Required Date: 12/01/06

     Supplier: 04002942                  Ship To: 1300

     PRODUCER USA INC                    KWIKSET CORP, DENISON
     P.O. BOX 8160                       2600 N HIGHWAY 91
     NORTHFIELD, IL 60093                RECEIVING DOCK
     USA                                 DENISON, TX 75020
                                         USA

     ATTENTION: RICHARD JAFFE

                                       Requested by: PAUL W.
                                  Supplier Telephone: 847-441-8500
   Confirming: no                             Contact: RICHARD JAFFE
        Buyer: JP                            Ship Via: SEE COMMENTS
 Credit Terms: NEXTPAY                            FOB: SP
               Next Pay
      Remarks: DELIVER TO DIE CAST B ROW
```

TERMS: 30% DOWN PAYMENT
       30% ON FACTORY SHIPPING DATE
       30% ON ARRIVAL AT KWIKSET-DENISON
       10% ON FINAL ACCEPTANCE (STARTUP, MANUALS, DRAWINGS, SPARES,PROGRAMS)

REFERENCE YOUR QUOTATION PACKAGE OF AUGUST 30,2006 TO PAUL WOODRICK FOR SIX
(6) PRODUCER P200 HOT CHAMBER AUTOMATIC DIE CASTING MACHINES WITH ALL
STANDARD FEATURES AS OUTLINE ON ATTACHED QUOTATION. MACHINES TO BE SUPPLIED
ACCORDING TO THE ATTACHED DOCUMENTS:

KWIKSET EHSP-31 EQUIPMENT SAFETY SPECIFICATION.

NADCA B152.1-2006 SAFETY REQUIREMENTS FOR DESIGN MANUFACTURE AND OPERATION
OF DIE CAST MACHINE.

THE FOLLOWING CONDITION/EXCEPTION APPLIES:

MACHINES MAY BE DELIVERED WITH MITSUBISHI PLC CONTROL IN PLACE OF
ALLEN-BRADLEY PROVIDING PRODUCER SUPPLIES DOCUMENTED ELECTRONIC COPY OF
PROGRAM FOR PREVIOUSLY PURCHASE (A7) P90 SN. 0580196 BEFORE ORDER IS PLACED
AND SUBSEQUENT COPIES OF PROGRAMS FOR DELIVERED MACHINES.

WARRANTY OF MACHINES ARE ONE YEAR (1) FROM DATE OF INSTALLATION AND COVER
DEFECTS IN MATERIAL AND WORKMANSHIP.(EXCLUDING SHOT-END WEAR PARTS)


EXHIBIT A



```
KWIKSET CORP.                                        P U R C H A S E   O R D E R
19701 DA VINCI
LAKE FOREST, CA 92610          Order Number: 13054541    Revision:  0
USA                            Order Date:   08/31/06    Page:      2
                               Print Date:   09/05/06
                               Required Date: 12/01/06

        Supplier: 04002942                 Ship To: 1300

    PRODUCER USA INC                       KWIKSET CORP, DENISON
    P.O. BOX 8160                          2600 N HIGHWAY 91
    NORTHFIELD, IL 60093                   RECEIVING DOCK
    USA                                    DENISON, TX 75020
                                           USA

        ATTENTION: RICHARD JAFFE

                                      Requested by: PAUL W.
    Confirming: no               Supplier Telephone: 847-441-8500
         Buyer: JP                           Contact: RICHARD JAFFE
  Credit Terms: NEXTPAY                     Ship Via: SEE COMMENTS
                Next Pay                         FOB: SP
       Remarks: DELIVER TO DIE CAST B ROW
```

NOTE: ALL SUPPLIERS/CONTRACTORS WHO PERFORM ANY SERVICE ON SITE MUST ATTEND HAZARD COMMUNICATION/SAFETY ORIENTATION REQUIREMENTS FORM #14001-001 WITH THE KWIKSET PROJECT MANAGER, COMPLETED, SIGNED AND FILE BEFORE COMMENCEMENT OF WORK.

```
Ln Item Number          T Due        Qty Open  UM   Unit Cost     Extended Cost
-- ------------------   - --------   --------  --   ---------     -------------
 1 P200 30% DOWN PAY    N 09/01/06      6.0    EA   25,020.00        150,120.00
   Acct: 1781
   Site: 1300
   Supplier Item: 30% DOWN PAYMENT
   Type: Memo
   P200 DIE CASTING MACHINE
 2 P200 30% DOWN PAY    N 12/01/06      6.0    EA   25,020.00        150,120.00
   Acct: 1781
   Site: 1300
   Supplier Item: 30% DOWN PAYMENT
   Type: Memo
   P200 DIE CASTING MACHINE
```

```
KWIKSET CORP.                                         P U R C H A S E    O R D E R
19701 DA VINCI
LAKE FOREST, CA 92610              Order Number: 13054541      Revision:    0
USA                                  Order Date: 08/31/06         Page:     3
                                     Print Date: 09/05/06
                                  Required Date: 12/01/06

       Supplier: 04002942              Ship To: 1300

       PRODUCER USA INC                KWIKSET CORP, DENISON
       P.O. BOX 8160                   2600 N HIGHWAY 91
       NORTHFIELD, IL 60093            RECEIVING DOCK
       USA                             DENISON, TX 75020
                                       USA

       ATTENTION: RICHARD JAFFE

                                       Requested by: PAUL W.
   Confirming: no                Supplier Telephone: 847-441-8500
        Buyer: JP                           Contact: RICHARD JAFFE
 Credit Terms: NEXTPAY                     Ship Via: SEE COMMENTS
               Next Pay                         FOB: SP
      Remarks: DELIVER TO DIE CAST B ROW
```

| Ln | Item Number | T | Due | Qty Open | UM | Unit Cost | Extended Cost |
|----|-------------|---|-----|----------|----|-----------|---------------|
| 3 | P200 30% DOWN PAY | N | 12/01/06 | 6.0 | EA | 25,020.00 | 150,120.00 |
|  | Acct: 1781 | | | | | | |
|  | Site: 1300 | | | | | | |
|  | Supplier Item: 30% DOWN PAYMENT | | | | | | |
|  | Type: Memo | | | | | | |
|  | P200 DIE CASTING MACHINE | | | | | | |
| 4 | P200 10% FINAL PAY | N | 12/01/06 | 6.0 | EA | 8,340.00 | 50,040.00 |
|  | Acct: 1781 | | | | | | |
|  | Site: 1300 | | | | | | |
|  | Supplier Item: 10% FIANL PAYMENT P200 | | | | | | |
|  | Type: Memo | | | | | | |
|  | P200 DIE CASTING MACHINE | | | | | | |
| 5 | CONVEYOR 30% DOWN | N | 09/01/06 | 15.0 | EA | 1,845.00 | 27,675.00 |
|  | Acct: 1781 | | | | | | |
|  | Site: 1300 | | | | | | |
|  | Supplier Item: 30% DOWN PAYMENT | | | | | | |
|  | Type: Memo | | | | | | |
|  | 18" PRODUCER CONVEYOR | | | | | | |

⑤

```
KWIKSET CORP.                                    P U R C H A S E    O R D E R
19701 DA VINCI
LAKE FOREST, CA 92610          Order Number: 13054541    Revision:    0
USA                            Order Date:   08/31/06    Page:        4
                               Print Date:   09/05/06
                               Required Date: 12/01/06


     Supplier: 04002942             Ship To: 1300

     PRODUCER USA INC               KWIKSET CORP, DENISON
     P.O. BOX 8160                  2600 N HIGHWAY 91
     NORTHFIELD, IL 60093           RECEIVING DOCK
     USA                            DENISON, TX 75020
                                    USA

     ATTENTION: RICHARD JAFFE

                                 Requested by: PAUL W.
                           Supplier Telephone: 847-441-8500
   Confirming: no                      Contact: RICHARD JAFFE
        Buyer: JP                     Ship Via: SEE COMMENTS
 Credit Terms: NEXTPAY                     FOB: SP
               Next Pay
      Remarks: DELIVER TO DIE CAST B ROW




 Ln  Item Number         T Due        Qty Open UM     Unit Cost      Extended Cost
 --- -----------         - -----      -------- --     ---------      -------------
  6  CONVEYOR 30% DOWN   N 12/01/06      15.0 EA      1,845.00           27,675.00
     Acct: 1781
     Site: 1300
     Supplier Item: 30% DOWN PAYMENT
     Type: Memo
     18" PRODUCER CONVEYOR
  7  CONVEYOR 30% DOWN   N 12/01/06      15.0 EA      1,845.00           27,675.00
     Acct: 1781
     Site: 1300
     Supplier Item: 30% DOWN PAYMENT
     Type: Memo
     18" PRODUCER CONVEYOR
  8  10% FINAL PAY       N 12/01/06      15.0 EA        615.00            9,225.00
     Acct: 1781
     Site: 1300
     Supplier Item: 10% FINAL PAYMENT
     Type: Memo
     18" PRODUCER CONVEYOR
```

```
KWIKSET CORP.                                            P U R C H A S E    O R D E R
19701 DA VINCI
LAKE FOREST, CA 92610               Order Number: 13054541    Revision:    0
USA                                 Order Date:   08/31/06    Page:        5
                                    Print Date:   09/05/06
                                    Required Date: 12/01/06

    Supplier: 04002942                  Ship To: 1300

    PRODUCER USA INC                    KWIKSET CORP, DENISON
    P.O. BOX 8160                       2600 N HIGHWAY 91
    NORTHFIELD, IL 60093                RECEIVING DOCK
    USA                                 DENISON, TX 75020
                                        USA

    ATTENTION: RICHARD JAFFE

                                    Requested by: PAUL W.
    Confirming: no                  Supplier Telephone: 847-441-8500
         Buyer: JP                  Contact: RICHARD JAFFE
  Credit Terms: NEXTPAY             Ship Via: SEE COMMENTS
                Next Pay            FOB: SP
       Remarks: DELIVER TO DIE CAST B ROW
```

| Ln | Item Number       | T | Due      | Qty Open | UM | Unit Cost | Extended Cost |
|----|-------------------|---|----------|----------|----|-----------|---------------|
| 9  | FREIGHT CHARGES   | N | 12/01/06 | 1.0      | LT | 12,000.00 | 12,000.00     |
|    | Acct: 1781        |   |          |          |    |           |               |
|    | Site: 1300        |   |          |          |    |           |               |
|    | Type: Memo        |   |          |          |    |           |               |
|    | FREIGHT           |   |          |          |    |           |               |

```
Non-Taxable: 604,650.00    Currency: USD      Line Total:      604,650.00
    Taxable: 0.00                             Total Tax:             0.00
   Tax Date: 12/01/06                         Total:           604,650.00
```

**24 HR ORDER ACKNOWLEDGEMENT MANDATORY** Authorized By: /s/ A. Rivera
FAX # 903-463-7241
Our Shop/Order #_____

11:33 AM
01/21/11

## Producer U.S.A.
## Open Invoices
### As of January 21, 2011

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---:|
| **KWIKSET CORP.** | | | | | | | |
| Payment | 2/20/2007 | 425685 | | | | | -4,135.00 |
| Payment | 5/8/2007 | 427042 | | | | | -34,755.00 |
| Invoice | 4/23/2007 | 10478 | 13055451 | Due on r... | 4/23/2007 | 1369 | 34,755.00 |
| Invoice | 5/7/2007 | 10505 | 13055451 | Due on r... | 5/7/2007 | 1355 | 52,695.00 |
| Invoice | 5/7/2007 | 10506 | 13055643 | Due on r... | 5/7/2007 | 1355 | 4,200.00 |
| Invoice | 7/17/2007 | 10637 | 13054541 | Due on r... | 7/17/2007 | 1284 | 59,265.00 |
| Invoice | 7/17/2007 | 10638 | 13055643 | Due on r... | 7/17/2007 | 1284 | 8,400.00 |
| Invoice | 7/17/2007 | 10639 | 13056005 | Due on r... | 7/17/2007 | 1284 | 1,845.00 |
| **Total KWIKSET CORP.** | | | | | | | **122,270.00** |
| **TOTAL** | | | | | | | **122,270.00** |


EXHIBIT B